IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3072 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| CLAUDE SLEDGE, III, | ) | |
| | ) | |
| Defendant. | ) | |

After careful review and consideration,

IT IS ORDERED that the defendant's motion for release pending sentencing and appeal and request for evidentiary hearing (filing 39) is denied.

January 5, 2006.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge