IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:05CR3072 |
| V. | ) | |
| CLAUDE SLEDGE III, | ) | ORDER |
| Defendant. | ) | |

In a letter dated November 16, 2009, received in my chambers on November 23, 2009, the Bureau of Prison inquires whether I wish to recommend that a retroactive designation be made that Mr. Sledge's federal prison sentence run concurrently with a 90-day sentence for Driving Under the Influence imposed by the Lancaster County Court. That state sentence was imposed after I sentenced Mr. Sledge in this case. A copy of the letter from the Bureau of Prisons is attached. It refers to Mr. Sledge and Registration No. 20081-047.

IT IS ORDERED that:

1. The Clerk shall file the letter from the Bureau of Prisons.

2. The undersigned declines to make a recommendation that Mr. Sledge's federal prison sentence run concurrently with the state sentence referred to above.

3. The Clerk shall mail a copy of this order to Delbert G. Sauers, Chief, Designation and Sentence Computation Center, 346 Marine Forces Drive, Grand Prairie, Texas, 75051.

DATED this 25th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge