IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:05CR3072 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| CLAUDE SLEDGE, | ) ) | |
| Defendant. | ) ) ) | |

THIS MATTER comes before the Court on Defendant Claude Sledge's Unopposed Motion to Continue Dispositional Hearing (filing no. 101), presently set for February 8, 2012, for a period of at least sixty (60) days. The Court, being fully advised in the premises, and noting that the Government and Probation Office have no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant Sledge's dispositional hearing, presently scheduled for February 8, 2012, shall be continued to Tuesday, April 10, 2012, at 12:30 p.m., or as soon thereafter as the same may be heard.

DATED this 7th day of February, 2012.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
United States District Judge