IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>                        Plaintiff,      )<br>                                                          )<br>v.                                                     )<br>                                                          )<br>CLAUDE SLEDGE,                         )<br>                                                          )<br>                        Defendant.   )<br>                                                          ) | CASE NO.  4:05CR3072<br><br>**ORDER** |

THIS MATTER comes before the Court on Defendant Claude Sledge's Unopposed Motion to Continue Dispositional Hearing (filing no. 111), presently set for August 7, 2012, for a period of at least ninety (90) days.  The Court, being fully advised in the premises, and noting that neither the Government nor the Probation Office has an objection to this request for continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant Sledge's dispositional hearing, presently scheduled for August 7, 2012, shall be continued to November 6, 2012, at 12:00 noon, or as soon thereafter as the same may be heard.

DATED this 25th day of July, 2012.

BY THE COURT:

s/ *Richard G. Kopf*

The Honorable Richard G. Kopf
Senior United States District Judge