IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:05CR3072 |
| Plaintiff, | |
| v. | **ORDER** |
| CLAUDE SLEDGE, | |
| Defendant. | |

THIS MATTER comes before the Court on Defendant Claude Sledge's Unopposed Motion to Continue Dispositional Hearing (filing no. 114), presently set for January 15, 2013, for a period of at least ninety (90) days. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant Sledge's dispositional hearing, presently scheduled for January 15, 2013, shall be continued to April 18, 2013, at 1:00 p.m. The defendant shall be present for the hearing.

DATED this 10th day of January, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge